No. 3,685.—MAUD E. SHEEHAN, RESPONDENT, *v.* CHAS. S. KONNING, APPELLANT.

*Appeal from District Court, Silver Bow County; John B. McClernan, Judge.*

Decided February 21, 1916.

PER CURIAM.—On motion of appellant, the appeal herein is hereby dismissed.

*Mr. W. D. Rankin* and *Mr. L. Sulgrove,* for Appellant.

---

No. 3,747.—C. H. McKINNEY, APPELLANT, *v.* ROSE C. BRESNAHAN, RESPONDENT.

*Appeal from District Court, Deer Lodge County; Geo. B. Winston, Judge.*

Decided March 9, 1916.

PER CURIAM.—It is ordered that the appeal herein be, and the same is hereby, dismissed in accordance with the stipulation of counsel.

*Mr. Earl F. Angell,* for Appellant.

*Mr. J. H. Duffy,* for Respondent.